M. FRANCES O'BRIEN, as Administratrix of the Estate of ARTHUR B. O'BRIEN, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

Argued December 1, 1942; decided January 7, 1943.

*Clarence P. Moser* and *J. Boyd Mullan* for appellant.

*Paul Folger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.